Case 5:19-cv-00023   Document 18   Filed on 10/22/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| SALVADOR AVILES, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 5:19-CV-23 |
| | § § | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

## ORDER

The parties filed their Joint Stipulation of Dismissal with Prejudice (Dkt. No. 17) and request the Court enter their attached proposed order (Dkt. No. 17-1). The proposed order, however, provides a signature block for United States Magistrate Judge Diana Song Quiroga, and not for the undersigned. (*Id.*). As such, the Court cannot enter the parties' proposed order, and their Stipulation is **DENIED WITHOUT PREJUDICE**. If the parties re-file their Stipulation and proposed order, they should include a signature block for the undersigned.

**IT IS SO ORDERED**

**SIGNED** October 22, 2019

_____
Marina Garcia Marmolejo
United States District Judge