United States District Court
Southern District of Texas
**ENTERED**
November 07, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| SALVADOR AVILES, | § |
| Plaintiff, | § § |
| VS. | §  CIVIL ACTION NO. 5:19-CV-23 |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | § § § § |
| Defendant. | § § |

## ORDER

The Court is in receipt of the parties' Stipulation of Dismissal with Prejudice and proposed order (Dkt. Nos. 19, 19-1). The stipulation addresses the wrong judge, and the proposed order's signature block does not include the undersigned's full name. The Court is therefore unable to adopt the proposed order at this time. The parties may file an amended proposed order without these drafting errors.

It is so **ORDERED**.

**SIGNED** this 6th day of November, 2019.

_____
Marina Garcia Marmolejo
United States District Judge