Case 5:19-cv-00023 Document 22-1 Filed on 11/12/19 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| SALVADOR AVILES<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 5:19-CV-00023 |
| ALLSTATE FIRE AND CASUALTY<br>INSURANCE COMPANY,<br>*Defendant.* | §<br>§<br>§<br>§ | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

On this date came to be considered Plaintiff, SALVADOR AVILES and Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY'S Joint Stipulation of Dismissal with Prejudice in the above-numbered and styled-cause. The Joint Stipulation is well-taken and the Court is of the opinion that the Joint Stipulation of Dismissal with Prejudice is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and causes of action filed by Plaintiff, SALVADOR AVILES and Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, in this cause are hereby dismissed with prejudice to re-filing the same.

It is further ORDERED, ADJUDGED AND DECREED that all costs incurred by the parties shall be taxed against the party incurring the same.

SIGNED this *12th* day of *November*, 2019.

_____
HONORABLE JUDGE MARINA GARCIA MARMOLEJO